# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CURTIS FOOSE, | : | No. 145 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE COMMONWEALTH OF | : | |
| PENNSYLVANIA COURT OF COMMON | : | |
| PLEAS OF SCHUYKILL COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 31st day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Extraordinary Relief is DISMISSED.